**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Joseph Marchica, | : |
| | : |
| | : |
| **Plaintiff,** | : |
| v. | : Civil Action No.:  2:14-cv-02687-ADS-AKT |
| | : |
| American InterContinental University ; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| | : |
| **Defendant.** | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 18, 2014

Respectfully submitted,

PLAINTIFF, Joseph Marchica

/s/ Sergei Lemberg

Sergei Lemberg, Esq. (SL 6331)
**LEMBERG LAW, L.L.C.**
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of New York Electronic Document Filing System (ECF) which sent notice of such filing to the following:

Anthony L. Paccione
Katten Muchin Rosenman LLP
575 Madison Avenue
New York, NY 10022
*Counsel for Defendant*

By /s/ Sergei Lemberg         

Sergei Lemberg