UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Joseph Marchica, <br><br> Plaintiff, <br><br> v. <br><br> American InterContinental University; and DOES 1-10, inclusive, <br><br> Defendants. | Civil Action No.: 2:14-cv-02687-ADS-AKT <br><br> F I L E D <br> IN CLERK'S OFFICE <br> U.S. DISTRICT COURT E.D.N.Y. <br><br> ★ AUG 01 2014 ★ <br><br> LONG ISLAND OFFICE |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against American InterContinental University with prejudice and without costs to any party.

| Joseph Marchica | American InterContinental University |
|---|---|
| /s/ Sergei Lemberg | /s/ Anthony L. Paccione |
| Sergei Lemberg, Esq. (SL 6331) <br> LEMBERG LAW LLC <br> 1100 Summer Street, 3rd Floor <br> Stamford, CT 06905 <br> Telephone: (203) 653-2250 <br> Attorney for Plaintiff | Anthony L. Paccione, Esq. <br> KATTEN MUCHIN ROSENMAN LLP <br> 575 Madison Avenue <br> New York, NY 10022 <br> Telephone: (212) 940-8800 <br> Attorney for Defendant |

CASE CLOSED.

s/ Arthur D. Spatt

SO ORDERED

ARTHUR D. SPATT, USDJ

8/1/14